■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD T. WHEELER, Appellant. [11 NYS3d 500]—Appeal from an order of the Monroe County Court (Victoria M. Argento, J.), entered March 20, 2014. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Lindley, Sconiers, Whalen and DeJoseph, JJ.